# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Voigt, et al., | No. CV-22-01505-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| JPMorgan Chase Bank NA, et al., | |
| Defendants. | |

The parties' having submitted a Stipulated Dismissal (Doc. 22), the Court having reviewed the same, and good cause appearing,

**IT IS ORDERED** granting the Stipulated Dismissal (Doc. 22).

**IT IS FURTHER ORDERED** dismissing this case with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Dated this 12th day of April, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge